ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/10/2025 1:46 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00086-CV**

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/10/2025 1:46:17 PM
CHRISTOPHER A. PRINE
Clerk

**2020 LONG TAIL TRAIL INVESTMENTS, LLC, ET AL.,**

*Appellants,*

v.

**STATE OF TEXAS, ET AL.,**

*Appellees.*

On Appeal from the
261st Judicial District Court, Travis County
Cause No. D-1-GN-23-007785

**APPELLEES' SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(B) and 38.6, Appellees, State of Texas, Attorney General Kenneth Paxton (in his official capacity), the Acting Texas Comptroller of Public Accounts Kelly Hancock (in his official capacity), and the Office of the Texas Comptroller of Public Accounts, file this *Second Unopposed Motion for Extension of Time to File Brief,* and would show the Court the following:

1

1. Appellees' response brief was initially due on September 15, 2025.

2. Appellees were granted 30-day extension of time to file their response brief, i.e., until Wednesday, October 15, 2025.

3. Appellees request an additional 16-day extension to file their response brief, i.e., until October 31, 2025.

4. Lead Counsel for the Appellees, Mr. Cole P. Wilson, has been on leave pursuant to the Family Medical Leave Act through the duration of the extension and unable to prepare Appellees' brief.

5. Appellees' Additional Counsel, Lynn E. Saarinen, has had other matters demanding her time and attention; specifically:

5.1. Additional Counsel had several other previously scheduled filings and briefings due in state court throughout September and continuing into October 2025, including a trial setting in mid-September 2025.

5.2. Additional Counsel was also out of the office during the last week in August and the first week of September for scheduled leave that had been paid for and planned for some time.

5.3. Additional Counsel did not participate in the trial court and reviewing the records and drafting the response brief to four appellants' briefs has taken a great deal of time.

6. This is Appellees' second request for an extension of time.

7. The requested extension is reasonable and necessary to allow Appellees adequate time to prepare their response brief. This request is not made for delay but only so that justice may be done.

8. Appellants do not oppose this motion.

Wherefore, for the above reasons, Appellees, State of Texas, Attorney General Kenneth Paxton (in his official capacity), the Acting Texas Comptroller of Public Accounts Kelly Hancock (in his official capacity), and the Office of the Texas Comptroller of Public Accounts, respectfully request that the Court extend the time for filing their response brief from October 15th, 2025, to October 31st, 2025.

Dated:  October 10, 2025

Respectfully submitted,

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Asst. Attorney General

**Austin Kinghorn**
Deputy Attorney General for Civil Litigation

**Kimberly Gdula**
Chief for General Litigation Division

**Cole P. Wilson**
Assistant Attorney General
Texas State Bar No. 24122856
Cole.Wilson@oag.texas.gov

***/s/ Lynn E. Saarinen***
**Lynn E. Saarinen**
Assistant Attorney General
Texas State Bar No. 17498900
Lynn.Saarinen@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
737-224-4634 | Fax: 512-320-0667

*Counsel for Appellees*

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 9, 2025, Counsel conferred by email with Appellants' Counsel regarding this motion, and Appellants' Counsel are unopposed.

*/s/Lynn E. Saarinen*
**Lynn E. Saarinen**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via electronic service to all attorneys of record, in compliance with Rule 6.3 of the Texas Rules of Appellate Procedure, on October 10, 2025.

*/s/Lynn E. Saarinen*
**Lynn E. Saarinen**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Abarca on behalf of Lynn Saarinen
Bar No. 17498900
raymond.abarca@oag.texas.gov
Envelope ID: 106711348
Filing Code Description: Motion
Filing Description: 20251010_Apees 2d METBrief
Status as of 10/10/2025 2:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allison Collins | 24127467 | Acollins@fosterswift.com | 10/10/2025 1:46:17 PM | SENT |
| Sherry Brown | | sherry@txmunicipallaw.com | 10/10/2025 1:46:17 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 10/10/2025 1:46:17 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 10/10/2025 1:46:17 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 10/10/2025 1:46:17 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 10/10/2025 1:46:17 PM | SENT |
| William Thompson | | will@lkcfirm.com | 10/10/2025 1:46:17 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 10/10/2025 1:46:17 PM | SENT |
| Guillermo Trevino | | will.trevino@brownsvilletx.gov | 10/10/2025 1:46:17 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 10/10/2025 1:46:17 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 10/10/2025 1:46:17 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 10/10/2025 1:46:17 PM | SENT |
| David Overcash | | david.overcash@wtmlaw.net | 10/10/2025 1:46:17 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 10/10/2025 1:46:17 PM | SENT |

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 10/10/2025 1:46:17 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 10/10/2025 1:46:17 PM | SENT |

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Abarca on behalf of Lynn Saarinen
Bar No. 17498900
raymond.abarca@oag.texas.gov
Envelope ID: 106711348
Filing Code Description: Motion
Filing Description: 20251010_Apees 2d METBrief
Status as of 10/10/2025 2:01 PM CST

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 10/10/2025 1:46:17 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 10/10/2025 1:46:17 PM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 10/10/2025 1:46:17 PM | SENT |